UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                   CASE NO. 07 B 18079
   MICHAEL J KRAULEIDIS
                                         CHAPTER 13

                                         JUDGE: A. BENJAMIN GOLDGAR
       Debtor
   SSN XXX-XX-7558
```

---
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/03/07 and confirmed on 12/21/07.

   2.  The case was converted to Chapter 7 after confirmation, 10/23/2008.

   3.  The Debtor paid a total of $   4220.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CITI RESIDENTIAL LENDING | CURRENT MORTG | .00 | .00 | .00 |
| CITI RESIDENTIAL LENDING | MORTGAGE ARRE | 29521.10 | .00 | 2278.34 |
| LAKE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| COMED | UNSECURED | 605.17 | .00 | .00 |
| NICOR GAS | FILED LATE | .00 | .00 | .00 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 29521.10 | .00 | 605.17 | .00 | 30126.27 |
| PRINCIPAL PAID | 2278.34 | .00 | .00 | .00 | 2278.34 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 2278.34 | .00 | .00 | .00 | 2278.34 |

The Debtor's attorney, KELLEHER & BUCKLEY         , was allowed $   3500.00
and was paid $   1781.00  direct and $   1719.00  through the plan.

The Trustee received $    222.66 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 01/22/09                 /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE

```
                              PAGE   2
        CASE NO. 07 B 18079 MICHAEL J KRAULEIDIS
```